FILED
2017 Feb-27 PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **BENNY SELMAN,** | ) | |
| | ) | Civil Action Number |
| **Plaintiff,** | ) | **2:14-cv-02270-AKK** |
| v. | ) | |
| | ) | |
| **EQUIFAX INFORMATION SERVICES, LLC; and CORELOGIC CREDCO, LLC,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The parties having informed the court that they have amicably settled this case, it is therefore **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**. This court shall retain jurisdiction over the parties until April 10, 2017, for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by April 10, 2017. Otherwise, after that date, this action will be deemed dismissed with prejudice.

**DONE** the 27th day of February, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE